**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**MEJZDA METHVIN,**

**Plaintiff,**

**v.** **Case No.: 3:26cv111/MCR/ZCB**

**OFFICER TAYLOR, et al.,**

**Defendants.**
______________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on February 23, 2026, ECF No. 10. The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.[1]

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this order.

[1] Plaintiff filed a second amended complaint without first seeking leave of Court, ECF No. 11. Nevertheless, the second amended complaint has been considered and does not change the Report and Recommendation.

2. Plaintiff's amended complaint, ECF No. 7, is **DISMISSED without prejudice** as an impermissible shotgun pleading.

3. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**